Gary M. Anderson (State Bar No. 97385)
  ganderson@fulpat.com
James Juo (State Bar No. 193852)
  jjuo@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VOSSEN WHEELS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOPRICH (U.S.A.), INC. D/B/A REDLINE WHEELS, INC.; JAT WHEELS, INC. D/B/A STR RACING; A SPEC WHEELS & TIRES, LLC; ALICIA LUO; AND DOES 1-10, <br><br> Defendants. | Case No. 2:13-CV-7747-ABC (CWx) <br><br> [~~PROPOSED~~] **ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION** <br><br> Courtroom: 680 <br> Judge: Audrey B. Collins |

NOTE: CHANGES MADE BY THE COURT

GOOD CAUSE APPEARING, and upon consideration of Plaintiff Vossen Wheels, Inc.'s *Ex Parte* Application for Temporary Restraining Order (TRO) and Order to Show Cause (OSC) for a Preliminary Injunction, and its supporting papers, **and there being no opposition** the Court hereby GRANTS Plaintiff Vossen Wheels, Inc.'s Motion and it is ORDERED that Defendants Toprich (U.S.A.), Inc. doing business as Redline Wheels, Inc., JAT Wheels, Inc. doing business as STR Racing, A Spec Wheels & Tires, LLC, Alicia Luo, and John Does 1-10 (hereinafter collectively "Defendants") show cause before this Court on **November 4, 2013 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, why a preliminary injunction should not be issued herein pursuant to Fed. R. Civ. P. 65 that, pending

trial on this action, orders Defendants and their agents, servants, employees, attorneys and all persons in active concert and participation with Defendants, to

    1. restrain from:

        a. making, using, selling, offering for sale, holding for sale, shipping, importing, advertising, marketing, and promoting any wheel, including but not limited to the STR-613 wheel, that infringes Plaintiff's U.S. Patent No. D681,541 ("the '541 patent");

        b. making, using, selling, offering for sale, holding for sale, shipping, importing, advertising, marketing, and promoting the STR-613 wheel that Plaintiff alleges are advertised, marketed, and/or promoted by Defendants using Plaintiff's well-known trademark VOSSEN (hereinafter "the VOSSEN mark"); and

        c. using Plaintiff's VOSSEN mark to sell, advertise, market, and promote any other vehicle wheel products;

    2. immediately destroy all remaining products, advertisements, circulars, brochures or other promotional or advertising items, web site or other materials for its infringing wheels;

    3. remove all signage and deliver up for destruction all materials and matter in its possession or custody or under its control that infringe Plaintiff's VOSSEN mark, including, without limitation, all advertising and promotional materials;

    4. promptly eliminate all advertising under or bearing the VOSSEN mark or any other confusingly similar designations from all media including, but not limited to, newspapers, flyers, coupons, signs, promotions, and Internet sites, including but not limited to Facebook® pages and Twitter® accounts and postings, all at Defendants' cost;

    5. correct its advertising in a form, manner, and frequency that is acceptable to Plaintiff and the Court;

1    6.    pay to Plaintiff costs and expenses, including but not limited to reasonable attorneys' fees incurred by Plaintiff in connection with this action, based on the Court's finding that Defendants' actions were willfully in disregard to Plaintiff's rights; and

5    7.    file with the Court and serve upon Plaintiff's counsel within ten (10) days after entry of any injunction or order issued herein, a written report, under oath, setting forth in detail the manner in which they have complied with such injunction or order.

This Order to Show Cause shall be served on Defendant by no later than **October 25, 2013** by overnight carrier or hand-delivery.  The following briefing schedule shall apply:  Any opposition papers to the Order to Show Cause shall be filed and served on **plaintiff**  no later than **October 29, 2013**.  Any reply papers to such opposition shall be filed and served on Defendants by no later than **October 30, 2013.**

Date: October 24, 2013

At:  11:33 a.m.

_____

Judge of the United States District Court for the Central District of California

707909.1
**PROPOSED ORDER FOR OSC**
**CIVIL ACTION NO. 13 CV 7747 ABC (CWx)**

3